**Alireza G. SAZ, Plaintiff–Appellant,**

v.

**NORTHWESTERN MUTUAL LIFE IN-
SURANCE COMPANY, a business en-
tity form unknown, Defendant–Appel-
lee.**

No. 01–55029.

D.C. No. CV–99–07841–CM.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Jan. 2, 2002.

Before SCHROEDER, Chief Judge,
TROTT and PAEZ, Circuit Judges.

MEMORANDUM **

Alireza Saz appeals the summary judg-
ment in favor of defendant in Saz's action
for breach of contract. We have jurisdic-
tion pursuant to 28 U.S.C. § 1291. We
review de novo the summary judgment,
*Ray v. Henderson,* 217 F.3d 1234, 1239
(9th Cir.2000), and we affirm.

The district court properly granted
Northwestern Mutual Life Insurance
Company ("Northwestern") summary
judgment because Saz failed to controvert
Northwestern's evidence that Saz fraudu-
lently withheld material information from
his insurance application. *See Celotex
Corp. v. Catrett,* 477 U.S. 317, 322–23, 106
S.Ct. 2548, 91 L.Ed.2d 265 (1986); *Agric.
Ins. Co. v. Superior Court,* 70 Cal.App.4th
385, 82 Cal.Rptr.2d 594, 603 (Cal.Ct.App.
1999) (stating elements of fraud under Cal-
ifornia law).

**AFFIRMED.**

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.

